# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139140

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CITIZENS INSURANCE COMPANY OF
AMERICA,
       Plaintiff-Appellee,

v

SC: 139140
COA: 290024
Wayne CC: 08-115074-NF

EVA ALLEN, Next Friend of FRANK
ALLEN, a minor,
       Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the May 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

p0222